## MOUNTAINDALE CONDOMINIUM ASSOCIATION, INC. *v.* JOSEPH ZAPPONE ET AL.

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*James W. Oliver* and *David R. Levesque,* in support of the petition.

*Michael C. Deakin* and *William C. Berry,* in opposition.

Decided October 31, 2000

## STATE OF CONNECTICUT *v.* ORGEBY HOLLBY

*Del Atwell,* special public defender, in support of the petition.

*Robert M. Spector,* deputy assistant state's attorney, in opposition.

Decided October 31, 2000

## STATE OF CONNECTICUT *v.* ELEUTERIO CRUZ

MCDONALD, C. J., did not participate in the consideration or decision of this petition.